**Entered on Docket**
**November 02, 2010**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

A & A DAIRY, a California General Partnership,

Debtor.

Case No.   BK-10-52539-gwz

Chapter    11

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL**

Hearing Date:

Hearing Time:

Pursuant to Local Rule 2014(b), the client and counsel stipulate that it substitutes Armstrong Teasdale, LLP, as its counsel for Jones Vargas in this case.

Dated this 1st date of November, 2010.

JONES VARGAS

By: _____

Dated this 29 date of October, 2010.

Cal By-Products

By: _____

Dated this 1 date of Nov., 2010.

ARMSTRONG TEASDALE, LLP

By: _____ - NV Bar 8974
Armstrong Teasdale LLP
50 West Liberty St. Ste. 950
Reno, NV 89501
775-322-7400
lbubala@armstrongteasdale.com
Louis M. Bubala III, Esq.

JONES VARGAS
100 West Liberty Street, Twelfth Floor - P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

Page 1 of 1